# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA MCDONALD, | ) |
| Plaintiff, | ) **APPEARANCE** |
| v. | ) Civil No. 05-1350 (ESH) |
| ALBERTO GONZALES,<br>Attorney General of the United States, | ) |
| Defendant. | ) |

TO THE CLERK AND ALL PARTIES OF RECORD:

Please enter the appearance of Rod J. Rosenstein, United States Attorney for the District of Maryland and Neil R. White, Assistant United States Attorney for said District, and Special Assistant United States Attorney for the District of Columbia (see letter of appointment from the Executive Office of United States Attorneys, annexed hereto), as counsel in this case for Defendant, Alberto Gonzales, Attorney General of the United States.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

September 20, 2005        By:    / s /
                           Neil R. White
                           Special Assistant United States Attorney
                           D.C. BAR # 478400
                           36 South Charles Street, Fourth Floor
                           Baltimore, Maryland 21201
                           phone (410) 209-4830