IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA MCDONALD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil No. 05-1350 (ESH) |
| | ) |
| ALBERTO GONZALES, | ) |
| Attorney General of the United States, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

## ORDER

HAVING READ AND CONSIDERED Defendant's Motion to Dismiss or Transfer Venue, any response thereto by Plaintiff, and the record in this case, and it appearing to the Court that the granting of the motion would be just and proper, it is this ____ day of _____ 2005,

ORDERED that Defendant's Motion be, and hereby is, granted; and it is further

ORDERED that the case be, and hereby is, (DISMISSED) (TRANSFERRED to the United States District Court for the Eastern District of Virginia.)

 

_____
Ellen S. Huvelle
United States District Judge
District of Columbia

cc: Kimberly Nickelson Tarver
1498-M Reisterstown Road
Suite 247
Baltimore, MD  21208

Neil R. White
Assistant U.S. Attorney
36 South Charles Street
Fourth Floor
Baltimore, MD  21201