IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA MCDONALD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil No. 05-1350 (ESH) |
| | ) |
| ALBERTO GONZALES, | ) |
| Attorney General of the United States, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## DECLARATION OF BRIAN M. O'LEARY
### DEPUTY CHIEF IMMIGRATION JUDGE
### EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
### UNITED STATES DEPARTMENT OF JUSTICE
### FALLS CHURCH, VIRGINIA

1. I am employed by the Executive Office for Immigration Review ("EOIR"), United States Department of Justice, as a Deputy Chief Immigration Judge in Falls Church, Virginia. I have held this position since March 2003. From May 2000 to October 2001, I held the position of Acting Deputy Chief Immigration Judge  I also served as an Assistant Chief Immigration Judge from May 1994 to May 2000, and from October 2001 to March 2003.

2. As the Deputy Chief Immigration Judge, I am responsible for oversight of all executive and administrative functions within the Office of the Chief Immigration Judge, among other duties. This includes payroll issues, labor management relations, promotions, and conduct and performance issues.

3. Employee records for all employees of the Office of the Chief Immigration Judge, including employee Official Personnel Files (OPF) and performance appraisals are officially maintained by EOIR's Office of Human Resources in Falls Church, Virginia.

4. In July 1997, Linda McDonald began her employment as an Administrative Specialist, GS-11, with the Office of the Chief Immigration Judge in Falls Church, Virginia. On October 31, 2000, Complainant was selected for and accepted the position of Program Analyst, GS-13 level, in the Court Operations Unit, Office of the Chief Immigration Judge, in Falls Church, Virginia. Effective August 12, 2001, the Agency reassigned Complainant from her Program Analyst, Court Operations


BMO                                              Page 1 of 2

Unit, to Program Analyst, as a GS-13, step 3, with the Language Service Unit, Office of the Chief Immigration Judge, in Falls Church, Virginia.

     5. All the actions alleged by Ms. McDonald in the complaint she filed in the United States District Court for the District of Columbia, Civil Action No. 05-1350-ESH, occurred at the Office of the Chief Immigration Judge in Falls Church, Virginia.

     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

9/8/05
Date

Brian M. O'Leary
Deputy Chief Immigration Judge
Office of the Chief Immigration Judge
Executive Office for Immigration Review
United States Department of Justice
5107 Leesburg Pike
Suite 2500
Falls Church, Virginia 22041