IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA MCDONALD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-1350 (ESH) |
| | ) |
| ALBERTO GONZALES, | ) |
| Attorney General of the United States, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of September 2005, I caused copies of (1) a Notice of Appearance (Docket No. 2); and (2) Defendant's Motion to Dismiss or Transfer Venue, together with a Memorandum of Points and Authorities in support thereof, and a Proposed Order (Docket No. 4), to be sent via first-class mail to Plaintiff's counsel, Kimberly Nickelson Tarver, 1498-M Reisterstown Road, Suite 247, Baltimore, MD 21208.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

September 20, 2005          By:    / s /
                                   Neil R. White
                                   Special Assistant United States Attorney
                                   D.C. BAR # 478400
                                   36 South Charles Street, Fourth Floor
                                   Baltimore, Maryland 21201
                                   phone (410) 209-4830