UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LINDA McDONALD,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 05-1350 |
| | : | (ESH) |
| **ALBERTO GONZALES,** | : | |
| Attorney General of the United States, | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

Upon consideration of defendant's Motion to Dismiss or Transfer Venue, the record in this case, and the lack of opposition by plaintiff (*see* LCvR 7(b)), it is this 5th day of October, 2005, hereby

**ORDERED** that defendant's Motion to Dismiss is **DENIED** but the Motion to Transfer Venue is **GRANTED**; and it is

**FURTHER ORDERED** that the Clerk's Office shall transfer this case to the United States District Court for the Eastern District of Virginia.

                                                                      s/
                                               ELLEN SEGAL HUVELLE
                                               United States District Judge